# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| Debtor: | THOMAS J. & ROSEMARIE KOSS |
| Case Number: | 15-22476-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 11, 2016 10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### Matter:

#2 - Continued Confirmation of Plan Dated 7-8-15 (NFC)
R / M #:  2 / 0

### Appearances:

*White*

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by __9/2/16__.
   Objections are due on or before __9/23/16__
   A hearing on the Amended Plan is set for __10/20/16__ at __11:00__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: