**Form 235**

UNITED STATES BANKRUPTCY COURT      32 – 25, 29
WESTERN DISTRICT OF PENNSYLVANIA    jhel

In re:                                : Bankruptcy Case No.: 15−22476−GLT
                                      :
                                      : Chapter: 13
                                      : Issued per the October 20, 2016 Proceeding

**Thomas J. Koss**                      Rosemarie Koss
      Debtor(s)


### ORDER OF COURT CONFIRMING PLAN
### AND SETTING DEADLINES FOR CERTAIN ACTIONS


*(1.)*   **PLAN CONFIRMATION:**

   IT IS HEREBY ORDERED that the Plan dated September 2, 2016 is CONFIRMED. A copy of this plan was previously mailed to you.


*(2.)*   **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.**     **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**     **Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**     **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.


*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: October 28, 2016
cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania

In re:                                                                 Case No. 15-22476-GLT
Thomas J. Koss                                                         Chapter 13
Rosemarie Koss
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                   Page 1 of 2                  Date Rcvd: Oct 28, 2016
                              Form ID: 235                 Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db/jdb        +Thomas J. Koss,    Rosemarie Koss,    530 Upper Middletown Road,    Smock, PA 15480-1120
14074619      +Advanced Integrated Medical,    9800A McKnight Road--#200,    Pittsburgh, PA 15237-6032
14074621       Barclays Bank Delaware,    P.O. Box 8802,    Wilmington, DE 19899-8802
14074622       Brylane Home,    WFNNB Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
14074623     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     c/o TSYS Total Debt Management,     P.O. Box 5155,
               Norcross, GA 30091)
14099974       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14074625       Central Credit/Penn Credit Corporation,     916 14th Place,    P.O. Box 988,
               Harrisburg, PA 17108-0988
14074627      +Home Depot,    P.O. Box 790328,    Saint Louis, MO 63179-0328
14074628       Jessica London/Comenity Bank,    Bankruptcy Department,    P.O. Box 182125,
               Columbus, OH 43218-2125
14100960      +Midland Credit Management,Inc,    as agent for MIDLAND FUNDING LLC,     PO Box 2011,
               Warren, MI 48090-2011
14081727      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14074632      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
14074633      +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14074634       Roamans/Comenity Bank,    P.O. Box 182273,    Columbus, OH 43218-2273
14074635       Santander Consumer USA,    Attn: Bankruptcy Dept.,    P.O. Box 560284,    Dallas, TX 75356-0284
14074636      +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14074638       Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
14074639       Woman Within,    Comenity Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14074620       E-mail/Text: AEPPcreditdept@amerimark.com Oct 29 2016 04:22:37
               AmeriMark Premier Easy Pay Plan,    P.O. Box 2845,    Monroe, WI 53566-8045
14114695      +E-mail/Text: bncmail@w-legal.com Oct 29 2016 04:22:11       CERASTES, LLC,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14116957      +E-mail/Text: bncmail@w-legal.com Oct 29 2016 04:22:11       COMENITY CAPITAL BANK,
               C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14074624       E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:29:12       CareCredit/Synchrony Bank,
               Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
14074626       E-mail/Text: creditonebknotifications@resurgent.com Oct 29 2016 04:21:21        Credit One Bank,
               P.O. Box 98873,    Las Vegas, NV 89193-8873
14127799       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2016 03:29:26
               LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14074629       E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:26:30       Lowe’s/Synchrony Bank,
               Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
14124360       E-mail/Text: bkr@cardworks.com Oct 29 2016 04:21:14       MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14074630       E-mail/Text: bkr@cardworks.com Oct 29 2016 04:21:14       Merrick Bank,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
14136254       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2016 03:29:45
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14103678       E-mail/Text: bnc-quantum@quantum3group.com Oct 29 2016 04:21:34
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14074631       E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:29:13
               Synchrony Bank/Paypal Buyer Credit,    Attn: Bankruptcy Department,    P.O. Box 965060,
               Orlando, FL 32896-5060
14074637       E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:29:13       TJX Rewards/Synchrony Bank,
               Attention: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                                TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK, NATIONAL ASSOCIATION
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: jhel              Page 2 of 2            Date Rcvd: Oct 28, 2016
                               Form ID: 235            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Defendant    PNC BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel R. White    on behalf of Joint Debtor Rosemarie  Koss dwhite@zeblaw.com,
               gianna@zeblaw.com
              Daniel R. White    on behalf of Debtor Thomas J. Koss dwhite@zeblaw.com,
               gianna@zeblaw.com
              Daniel R. White    on behalf of Plaintiff Rosemarie  Koss dwhite@zeblaw.com,
               gianna@zeblaw.com
              Daniel R. White    on behalf of Plaintiff Thomas J. Koss dwhite@zeblaw.com,
               gianna@zeblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 8
```