**Form 151**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Thomas J. Koss
Rosemarie Koss**
   Debtor(s)

Bankruptcy Case No.: 15−22476−GLT
Related to Docket No. 38
Chapter: 13
Docket No.: 39 − 38
Concil. Conf.: March 9, 2017 at 01:30 PM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, \_\_\_\_\_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____  _____
                      (Date)                                                 (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-22476-GLT
Thomas J. Koss                                                          Chapter 13
Rosemarie Koss
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas            Page 1 of 1              Date Rcvd: Jan 13, 2017
                              Form ID: 151          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db/jdb        +Thomas J. Koss,   Rosemarie Koss,   530 Upper Middletown Road,   Smock, PA 15480-1120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall   on behalf of Defendant    PNC BANK, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel R. White   on behalf of Plaintiff Rosemarie  Koss dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com
          Daniel R. White   on behalf of Plaintiff Thomas J. Koss dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com
          Daniel R. White   on behalf of Joint Debtor Rosemarie  Koss dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com
          Daniel R. White   on behalf of Debtor Thomas J. Koss dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9