**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-22476-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas J. Koss
530 Upper Middletown Road
Smock PA 15480

Rosemarie Koss
530 Upper Middletown Road
Smock PA 15480

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/19/2019.

Name and Address of Alleged Transferor(s):

Claim No. 16: PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101

Name and Address of Transferee:

Federal Home Loan Mortgage Corp
P.O. Box 10826
Greenville, SC  29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/21/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas J. Koss  
Rosemarie Koss  
       Debtors

Case No. 15-22476-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Nov 19, 2019  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.  
14081727      +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
          andygornall@latouflawfirm.com  
         Andrew F Gornall    on behalf of Defendant    PNC BANK, N.A. andygornall@latouflawfirm.com  
         Daniel R. White    on behalf of Plaintiff Thomas J. Koss zmwchapter13@gmail.com,  
          gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
         Daniel R. White    on behalf of Joint Debtor Rosemarie   Koss zmwchapter13@gmail.com,  
          gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
         Daniel R. White    on behalf of Debtor Thomas J. Koss zmwchapter13@gmail.com,  
          gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
         Daniel R. White    on behalf of Plaintiff Rosemarie   Koss zmwchapter13@gmail.com,  
          gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
         James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                      TOTAL: 9