UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  THOMAS J KOSS<br>ROSEMARIE KOSS | CASE NO: 15-22476 GLT<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 68 & 69<br>Hearing Date: September 9, 2020<br>Hearing Time: 10:00 a.m.<br>Response Date: August 3, 2020 |

On 7/17/2020, I did cause a copy of the following documents, described below,

Debtors' Summary Cover Sheet and Notice of Hearing on Professional Fees in Chapter 13 upon all creditors listed on the attached clerk's mailing matrix ECF Docket Reference No. 68 & 69

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/17/2020

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  THOMAS J KOSS<br>ROSEMARIE KOSS | CASE NO: 15-22476 GLT<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 68 & 69<br>Hearing Date: September 9, 2020<br>Hearing Time: 10:00 a.m.<br>Response Date: August 3, 2020 |

On 7/17/2020, a copy of the following documents, described below,

Debtors' Summary Cover Sheet and Notice of Hearing on Professional Fees in Chapter 13 upon all creditors listed on the attached clerk's mailing matrix ECF Docket Reference No. 68 & 69

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/17/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                               ADVANCED INTEGRATED MEDICAL             AMERIMARK PREMIER EASY PAY PLAN
 LABEL MATRIX FOR LOCAL NOTICING        9800A MCKNIGHT ROAD200                  PO BOX 2845
03152                                   PITTSBURGH PA 15237-6032                MONROE WI 53566-8045
CASE 15-22476-GLT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH
FRI JUL 17 13-52-59 EDT 2020


BARCLAYS BANK DELAWARE                  BRYLANE HOME                            CERASTES LLC
PO BOX 8802                             WFNNB BANKRUPTCY DEPARTMENT             C O WEINSTEIN  RILEY PS
WILMINGTON DE 19899-8802                PO BOX 182125                           2001 WESTERN AVENUE STE 400
                                        COLUMBUS OH 43218-2125                  SEATTLE WA 98121-3132


COMENITY CAPITAL BANK                   CAPITAL ONE                             CAPITAL ONE BANK USA NA
CO WEINSTEIN  RILEY PS                  PO BOX 30285                            PO BOX 71083
2001 WESTERN AVENUE STE 400             SALT LAKE CITY UT 84130-0285            CHARLOTTE NC 28272-1083
SEATTLE WA 98121-3132


CARECREDITSYNCHRONY BANK                CENTRAL CREDITPENN CREDIT CORPORATION   CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT              916 14TH PLACE                          PO BOX 98873
PO BOX 965060                           PO BOX 988                              LAS VEGAS NV 89193-8873
ORLANDO FL 32896-5060                   HARRISBURG PA 17108-0988


FEDERAL HOME LOAN MORTGAGE CORP         ANDREW F GORNALL                        HOME DEPOT
PO BOX 10826                            240 WEST 10TH STREET                    PO BOX 790328
GREENVILLE SC 29603-0826                ERIE PA 16501                           SAINT LOUIS MO 63179-0328


JESSICA LONDONCOMENITY BANK             EXCLUDE                                 EXCLUDE
BANKRUPTCY DEPARTMENT                   ROSEMARIE KOSS                          THOMAS J KOSS
PO BOX 182125                           530 UPPER MIDDLETOWN ROAD               530 UPPER MIDDLETOWN ROAD
COLUMBUS OH 43218-2125                  SMOCK PA 15480-1120                     SMOCK PA 15480-1120


LVNV FUNDING LLC ITS SUCCESSORS AND     LOWESSYNCHRONY BANK                     MERRICK BANK
ASSIGNS                                 ATTN BANKRUPTCY DEPT                    RESURGENT CAPITAL SERVICES
ASSIGNEE OF FNBM LLC                    PO BOX 965060                           PO BOX 10368
RESURGENT CAPITAL SERVICES              ORLANDO FL 32896-5060                   GREENVILLE SC 29603-0368
PO BOX 10587
GREENVILLE SC 29603-0587


MERRICK BANK                            MIDLAND CREDIT MANAGEMENTINC            NEWREZ LLC DBA SHELLPOINT MORTGAGE
PO BOX 9201                             AS AGENT FOR MIDLAND FUNDING LLC        SERVICING
OLD BETHPAGE NY 11804-9001              PO BOX 2011                             PO BOX 10826
                                        WARREN MI 48090-2011                    GREENVILLE SC 29603-0826


EXCLUDE                                 PNC BANK NA                             PNC BANK
                                        PO BOX 94982                            CONSUMER LOAN CENTER
OFFICE OF THE UNITED STATES TRUSTEE     CLEVELAND OH 44101-4982                 2730 LIBERTY AVENUE
LIBERTY CENTER                                                                  PITTSBURGH PA 15222-4704
1001 LIBERTY AVENUE SUITE 970
PITTSBURGH PA 15222-3721
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PNC MORTGAGE
3232 NEWMARK DRIVE
MIAMISBURG OH 45342-5433

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
PO BOX 280946
ATTN- BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

ROAMANSCOMENITY BANK
PO BOX 182273
COLUMBUS OH 43218-2273

SYNCHRONY BANK
CO WEINSTEIN  RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121-3132

SANTANDER CONSUMER USA
ATTN BANKRUPTCY DEPT
PO BOX 560284
DALLAS TX 75356-0284

STONEBERRY
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

SYNCHRONY BANK
CO WEINSTEIN  RILEY PS
2001 WESTERN AVE SUITE 400
SEATTLE WA 98121-3132

SYNCHRONY BANKPAYPAL BUYER CREDIT
ATTN BANKRUPTCY DEPARTMENT
PO BOX 965060
ORLANDO FL 32896-5060

TJX REWARDSSYNCHRONY BANK
ATTENTION BANKRUPTCY DEPARTMENT
PO BOX 965060
ORLANDO FL 32896-5060

UNIONTOWN HOSPITAL
500 WEST BERKELEY STREET
UNIONTOWN PA 15401-5596

JAMES WARMBRODT
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

~~EXCLUDE~~
~~DANIEL R WHITE~~
~~ZEBLEY MEHALOV  WHITE PC~~
~~18 MILL STREET SQUARE~~
~~PO BOX 2123~~
~~UNIONTOWN PA 15401-1723~~

~~EXCLUDE~~
~~RONDA J WINNECOUR~~
~~SUITE 3250 USX TOWER~~
~~600 GRANT STREET~~
~~PITTSBURGH PA 15219-2702~~

WOMAN WITHIN
COMENITY BANKRUPTCY DEPARTMENT
PO BOX 182125
COLUMBUS OH 43218-2125