File No.: 7697-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/11/20 1:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-22476 GLT |
| Thomas J. Koss and Rosemarie Koss, | : | Chapter 13 |
| Debtors. | : | Document No. 68 |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date and Time: September 9, 2020, at 10:00 a.m. |
| Applicants, | : | Responses due: August 3, 2020 |
| vs. | : | |
| No Respondents. | : | |

FINAL ORDER FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

And now, this __11th__ day of __August__, 2020, the Application of Daniel R. White and Zebley Mehalov & White for final Compensation and Reimbursement of Expenses as Counsel for the Debtors is approved for the total amount of $ 8,345.06 for services rendered on behalf of the Debtors for the period from March 19, 2015, through July 14, 2020, which represents $7,587.50, in attorney fees and $757.56 in costs.  The fee/cost balance of $3,845.06, remains and shall be paid by the Chapter 13 Trustee.

Any fees/costs balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtors beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtors has agreed to be paid from monies already paid by or on behalf of the Debtors to the Trustee and allow the case to be closed without requiring additional payments by the Debtors.  Any amount due to Debtors' Counsel beyond what is distributed by the Trustee, is expressly waived by Debtors' Counsel and will not be collected from Debtors either through the plan or outside of the Bankruptcy Case.

Dated: 8/11/20
DEFAULT ENTRY
cm: Debtor

Order prepared by Daniel R. White, Esq.
By the Court,

_____ J.
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas J. Koss  
Rosemarie Koss  
    Debtors

Case No. 15-22476-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Aug 11, 2020  
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.  
db         +Thomas J. Koss,    530 Upper Middletown Road,    Smock, PA 15480-1120  
jdb        +Rosemarie Koss,    530 Upper Middletown Road,    Smock, PA 15480-1120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:  
        Andrew F Gornall   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION andygornall@latouflawfirm.com  
        Andrew F Gornall   on behalf of Defendant   PNC BANK, N.A. andygornall@latouflawfirm.com  
        Daniel R. White   on behalf of Plaintiff Rosemarie  Koss zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
        Daniel R. White   on behalf of Plaintiff Thomas J. Koss zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
        Daniel R. White   on behalf of Joint Debtor Rosemarie  Koss zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
        Daniel R. White   on behalf of Debtor Thomas J. Koss zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
        James Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                                                   TOTAL: 9