Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Thomas J. Koss** : | Case No. 15−22476−GLT |
| **Rosemarie Koss** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 76 |
| v. : | |
| **No Respondents** : | Hearing Date: 12/2/20 at 11:00 AM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

  ***AND NOW,*** this ***The 29th of September, 2020***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 76 by the Chapter 13 Trustee,

  It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

  (1) ***On or before November 13, 2020***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

  (2) This Motion is scheduled for hearing on ***December 2, 2020 at 11:00 AM*** in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  (3) If, after proper service, a Respondent fails to timely file a ***Response***, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

  (4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

                           */s/ Gregory L. Taddonio*
                           Gregory L. Taddonio, Judge
                           United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22476-GLT |
| Thomas J. Koss | Chapter 13 |
| Rosemarie Koss | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Sep 29, 2020 | Form ID: 604 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas J. Koss, Rosemarie Koss, 530 Upper Middletown Road, Smock, PA 15480-1120 |
| cr | + | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14074619 | + | Advanced Integrated Medical, 9800A McKnight Road--#200, Pittsburgh, PA 15237-6032 |
| 14074621 | | Barclays Bank Delaware, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 15159345 | | Federal Home Loan Mortgage Corp, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14074627 | + | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14081727 | + | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 14074632 | + | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 14074633 | + | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342-5433 |
| 14074635 | | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14074638 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Sep 30 2020 03:42:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14074620 | | Email/Text: bankruptcy@sccompanies.com | Sep 30 2020 03:37:00 | AmeriMark Premier Easy Pay Plan, P.O. Box 2845, Monroe, WI 53566-8045 |
| 14074622 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 03:39:00 | Brylane Home, WFNNB Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14074623 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 03:11:23 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14114695 | + | Email/Text: bncmail@w-legal.com | Sep 30 2020 03:42:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14116957 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 03:39:00 | COMENITY CAPITAL BANK, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14099974 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 03:13:08 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14074624 | | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:12:55 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14074626 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2020 03:13:13 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14074628 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 15-22476-GLT   Doc 78   Filed 10/01/20   Entered 10/02/20 01:56:39   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2020 | Form ID: 604 | Total Noticed: 34 |

| | | | |
|---|---|---|---|
| | | Sep 30 2020 03:39:00 | Jessica London/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14127799 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2020 03:11:40 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14074629 | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:12:55 | Lowe's/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14124360 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2020 03:11:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14074630 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2020 03:11:06 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14100960 + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2020 03:41:00 | Midland Credit Management,Inc, as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14136254 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:09:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14103678 | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2020 03:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14074634 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 03:39:00 | Roamans/Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14952278 + | Email/Text: bncmail@w-legal.com | Sep 30 2020 03:42:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14074636 + | Email/Text: bankruptcy@sccompanies.com | Sep 30 2020 03:37:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14074631 | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:09:26 | Synchrony Bank/Paypal Buyer Credit, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14074637 | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:09:27 | TJX Rewards/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14074639 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 03:39:00 | Woman Within, Comenity Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | * | Federal Home Loan Mortgage Corp, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14074625 | ## | Central Credit/Penn Credit Corporation, 916 14th Place, P.O. Box 988, Harrisburg, PA 17108-0988 |
| jdb | *+ | Rosemarie Koss, 530 Upper Middletown Road, Smock, PA 15480-1120 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| Date Rcvd: Sep 29, 2020 | Form ID: 604 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:**

**Name**          **Email Address**

Andrew F Gornall
 on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION andygornall@latouflawfirm.com

Andrew F Gornall
 on behalf of Defendant PNC BANK  N.A. andygornall@latouflawfirm.com

Brian Nicholas
 on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel R. White
 on behalf of Joint Debtor Rosemarie Koss zmwchapter13@gmail.com
 gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Daniel R. White
 on behalf of Debtor Thomas J. Koss zmwchapter13@gmail.com
 gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Daniel R. White
 on behalf of Plaintiff Rosemarie Koss zmwchapter13@gmail.com
 gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Daniel R. White
 on behalf of Plaintiff Thomas J. Koss zmwchapter13@gmail.com
 gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 9