**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS J. KOSS<br>ROSEMARIE KOSS<br>   Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>   Movant<br>   vs.<br>No Respondents. | Case No.:15-22476<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

September 28, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/08/2015 and confirmed on 8/21/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 84,064.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 84,064.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,986.54 | |
|   Trustee Fee | 3,704.48 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,691.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 51,645.04 | 0.00 | 51,645.04 |
|     Acct: 2863 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 3,187.46 | 3,187.46 | 0.00 | 3,187.46 |
|     Acct: 2863 | | | | |
|   SANTANDER CONSUMER USA** | 17,791.75 | 17,791.75 | 2,748.73 | 20,540.48 |
|     Acct: 7318 | | | | |
|   SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7318 | | | | |
| | | | | 75,372.98 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS J. KOSS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 1,486.54 | 1,486.54 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX4/20 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PNC BANK NA | 27,509.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 5669 | | | | |
|   ADVANCED INTEGRATED MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5198 | | | | |
|   AMERIMARK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6404 | | | | |
|   AMERIMARK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9904 | | | | |
|   CERASTES LLC | 3,447.01 | 0.00 | 0.00 | 0.00 |
|     Acct: 1526 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 314.69 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6953 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 2,581.67 | 0.00 | 0.00 | 0.00 |
| Acct: 9426 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 2,287.80 | 0.00 | 0.00 | 0.00 |
| Acct: 9486 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 949.80 | 0.00 | 0.00 | 0.00 |
| Acct: 5777 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 635.43 | 0.00 | 0.00 | 0.00 |
| Acct: 4337 | | | | |
|   MIDLAND FUNDING LLC | 2,321.80 | 0.00 | 0.00 | 0.00 |
| Acct: 7005 | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0801 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,158.98 | 0.00 | 0.00 | 0.00 |
| Acct: 7174 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 703.28 | 0.00 | 0.00 | 0.00 |
| Acct: 7193 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 1,072.60 | 0.00 | 0.00 | 0.00 |
| Acct: 8783 | | | | |
|   MIDLAND FUNDING LLC | 1,181.76 | 0.00 | 0.00 | 0.00 |
| Acct: 0067 | | | | |
|   MIDLAND FUNDING LLC | 597.43 | 0.00 | 0.00 | 0.00 |
| Acct: 3321 | | | | |
|   MERRICK BANK | 1,954.15 | 0.00 | 0.00 | 0.00 |
| Acct: 4796 | | | | |
|   MERRICK BANK | 1,680.83 | 0.00 | 0.00 | 0.00 |
| Acct: 5250 | | | | |
|   BILL ME LATER INC A/S/F SYNCHRONY B | 1,491.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0903 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 1,500.82 | 0.00 | 0.00 | 0.00 |
| Acct: 2794 | | | | |
|   STONEBERRY | 489.42 | 0.00 | 0.00 | 0.00 |
| Acct: 3C2G | | | | |
|   STONEBERRY | 606.55 | 0.00 | 0.00 | 0.00 |
| Acct: 2C2G | | | | |
|   MIDLAND FUNDING LLC | 615.79 | 0.00 | 0.00 | 0.00 |
| Acct: 0366 | | | | |
|   UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 1,708.86 | 0.00 | 0.00 | 0.00 |
| Acct: 5500 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5669 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                 75,372.98

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 20,979.21 |
| UNSECURED | 54,809.36 |

Date: 09/28/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    THOMAS J. KOSS
    ROSEMARIE KOSS
          Debtor(s)

    Ronda J. Winnecour
          Movant
      vs.
    No Repondents.

Case No.:15-22476

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22476-GLT |
| Thomas J. Koss | Chapter 13 |
| Rosemarie Koss | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Sep 29, 2020 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas J. Koss, Rosemarie Koss, 530 Upper Middletown Road, Smock, PA 15480-1120 |
| cr | + | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14074619 | + | Advanced Integrated Medical, 9800A McKnight Road--#200, Pittsburgh, PA 15237-6032 |
| 14074621 | | Barclays Bank Delaware, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 15159345 | | Federal Home Loan Mortgage Corp, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14074627 | + | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14081727 | + | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 14074632 | + | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 14074633 | + | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342-5433 |
| 14074635 | | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14074638 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Sep 30 2020 03:42:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14074620 | | Email/Text: bankruptcy@sccompanies.com | Sep 30 2020 03:37:00 | AmeriMark Premier Easy Pay Plan, P.O. Box 2845, Monroe, WI 53566-8045 |
| 14074622 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 03:39:00 | Brylane Home, WFNNB Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14074623 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 03:13:08 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14114695 | + | Email/Text: bncmail@w-legal.com | Sep 30 2020 03:42:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14116957 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 03:39:00 | COMENITY CAPITAL BANK, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14099974 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2020 03:11:23 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14074624 | | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:12:55 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14074626 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2020 03:09:41 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14074628 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0315-2 | User: jhel | Page 2 of 3
Date Rcvd: Sep 29, 2020 | Form ID: pdf900 | Total Noticed: 34

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 30 2020 03:39:00 | Jessica London/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14127799 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2020 03:11:40 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14074629 | | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:12:55 | Lowe's/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14124360 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2020 03:11:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14074630 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2020 03:11:06 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14100960 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2020 03:41:00 | Midland Credit Management,Inc, as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14136254 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:11:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14103678 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2020 03:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14074634 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 03:39:00 | Roamans/Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14952278 | + | Email/Text: bncmail@w-legal.com | Sep 30 2020 03:42:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14074636 | + | Email/Text: bankruptcy@sccompanies.com | Sep 30 2020 03:37:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14074631 | | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:11:10 | Synchrony Bank/Paypal Buyer Credit, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14074637 | | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:12:55 | TJX Rewards/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14074639 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2020 03:39:00 | Woman Within, Comenity Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | * | Federal Home Loan Mortgage Corp, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14074625 | ## | Central Credit/Penn Credit Corporation, 916 14th Place, P.O. Box 988, Harrisburg, PA 17108-0988 |
| jdb | *+ | Rosemarie Koss, 530 Upper Middletown Road, Smock, PA 15480-1120 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION andygornall@latouflawfirm.com |
| Andrew F Gornall | on behalf of Defendant PNC BANK N.A. andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Rosemarie Koss zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Daniel R. White | on behalf of Debtor Thomas J. Koss zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Daniel R. White | on behalf of Plaintiff Rosemarie Koss zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Daniel R. White | on behalf of Plaintiff Thomas J. Koss zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9