**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/16/20 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    THOMAS J. KOSS
    ROSEMARIE KOSS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-22476

Chapter 13

Related to Dkt. No. 76

### ORDER OF COURT

AND NOW, this 16th day of November 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO   **jah**
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Thomas J. Koss  
Rosemarie Koss  
    Debtor(s)

Case No. 15-22476-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 3  
Date Rcvd: Nov 16, 2020      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas J. Koss, Rosemarie Koss, 530 Upper Middletown Road, Smock, PA 15480-1120 |
| cr | + | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 9013, Addison, TX 75001-9013 |
| 14074619 | + | Advanced Integrated Medical, 9800A McKnight Road--#200, Pittsburgh, PA 15237-6032 |
| 14074621 | | Barclays Bank Delaware, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 15159345 | | Federal Home Loan Mortgage Corp, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14074627 | + | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14074632 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14074633 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14081727 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14074635 | | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14074638 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Nov 17 2020 03:58:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14074620 | | Email/Text: bankruptcy@sccompanies.com | Nov 17 2020 03:56:00 | AmeriMark Premier Easy Pay Plan, P.O. Box 2845, Monroe, WI 53566-8045 |
| 14074622 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2020 03:57:00 | Brylane Home, WFNNB Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14074623 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 17 2020 03:44:27 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14114695 | + | Email/Text: bncmail@w-legal.com | Nov 17 2020 03:58:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14116957 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2020 03:57:00 | COMENITY CAPITAL BANK, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14099974 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 17 2020 03:44:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14074624 | | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 03:44:25 | CareCredit/Synchrony Bank, Attn: Bankruptcy |

Case 15-22476-GLT    Doc 85    Filed 11/18/20    Entered 11/19/20 00:43:11    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14074626 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 17 2020 03:46:00 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14074628 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2020 03:57:00 | Jessica London/Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14127799 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2020 03:44:32 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14074629 | | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 03:42:56 | Lowe's/Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14124360 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 17 2020 03:45:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14074630 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 17 2020 03:44:24 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14100960 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2020 03:57:00 | Midland Credit Management,Inc, as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14074632 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2020 03:56:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14074633 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2020 03:56:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14081727 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2020 03:56:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14136254 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14103678 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2020 03:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14074634 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2020 03:57:00 | Roamans/Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14952278 | + | Email/Text: bncmail@w-legal.com | Nov 17 2020 03:58:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14074636 | + | Email/Text: bankruptcy@sccompanies.com | Nov 17 2020 03:56:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14074631 | | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 03:42:56 | Synchrony Bank/Paypal Buyer Credit, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14074637 | | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 03:42:56 | TJX Rewards/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14074639 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2020 03:57:00 | Woman Within, Comenity Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | * | Federal Home Loan Mortgage Corp, P.O. Box 10826, Greenville, SC 29603-0826 |

14074625    ##    Central Credit/Penn Credit Corporation, 916 14th Place, P.O. Box 988, Harrisburg, PA 17108-0988

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew F Gornall | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION andygornall@latouflawfirm.com |
| Andrew F Gornall | on behalf of Defendant PNC BANK N.A. andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Rosemarie Koss zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Daniel R. White | on behalf of Debtor Thomas J. Koss zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Daniel R. White | on behalf of Plaintiff Rosemarie Koss zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Daniel R. White | on behalf of Plaintiff Thomas J. Koss zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9